B Form 1094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: _Xavier Culclager_ §
§
§    Case No.: _26-41709-MXM 13_
§
§
Debtor(s) §
§
§

**FILED**

APR **2 0** 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_04/17/2026_
Date

_____
Signature of Attorney (if applicable)

_____
Signature of Debtor

_3097_
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Signature of Joint Debtor (if applicable)

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Matrix

Shewouda Ghali
2312 Beacon Hill DR
Keller, TX 76248

Owings auto

519 E Division st.
Arlington, Tx. 76011

Reliant electricity bill energy.
PO Box 640475
DALLAS TX. 75265-0475

City of fort worth Department water
PO Box 870
Fort worth, Tx. 76101-0870
www. fortworth Tx. Cou

Atmos Energy

ATTN Customer Care
PO Box 650205
DALLAS TX. 75265-0205

Current Bank,
~~Ealow~~ Choice financial group.
4501 Financial Group
4201 23rd Avenue South. Fargo No 58104