United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 26-41709-mxm

Xavier Treleon Culclager                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                    Page 1 of 2

Date Rcvd: May 29, 2026                       Form ID: pdf022                                Total Noticed: 9

The following symbols are used throughout this certificate:

**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xavier Treleon Culclager, 9036 Creede Trail, Fort Worth, TX 76118-7547 |
| 23339073 | + | City of Fort Worth, 100 Fort Worth Trail, Fort Worth, Texas 76102-2661 |
| 23323416 | | City of Fort Worth Department Water, PO Box 870, Fort Worth, TX 76101-0870 |
| 23323418 | | Current Bank, Choice Financial Group, 4501 Financial Group, 4201 23rd Avenue, South, Fargo ND 58104 |
| 23323414 | + | Owings Auto, 519 E Division St., Arlington, TX 76011-7211 |
| 23323415 | | Reliant electricity bill energy, PO Box 640475, Dallas, TX 75265-0475 |
| 23323413 | + | Shenouda Ghali, 2312 Beacon Hill Dr, Keller, TX 76248-8454 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 23323417 | Email/Text: bankruptcy@atmosenergy.com | May 29 2026 22:10:00 | Atmos Energy, Attn Customer Care, PO Box 650205, Dallas, TX 75265-0205 |
| 23336465 | + Email/Text: bankruptcy@atmosenergy.com | May 29 2026 22:10:00 | Atmos Energy Corporation, P.O. Box 650205 Attn: Bankruptcy Group, Dallas, TX 75265-0205 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

District/off: 0539-4                          User: admin                                    Page 2 of 2

Date Rcvd: May 29, 2026                        Form ID: pdf022                               Total Noticed: 9

Clayton Everett

on behalf of Creditor Owings Auto Center LLC clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Stephen Andrew Cumbie

on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov

Tim Truman

truman341docs@ch13ftw.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 4



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 28, 2026**

United States Bankruptcy Judge

---

BTXN 081 (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Xavier Treleon Culclager | § | Case No.:  26–41709–mxm13 |
| | § | Chapter No.:  13 |
| Debtor(s) | § | |

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE IN INSTALLMENTS

The Debtor(s) was/were given notice that this case would be dismissed upon the failure to pay the required filing fee in installments as directed in the Order Granting Application to Pay Filing Fee in Installments. The Debtor(s) failed to adhere to that Order and $313.00 of the filing fee remains unpaid. It is therefore

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this order shall be deemed a bar to refiling for 180 days under 11 U.S.C. § 109(g)(1).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

### # # # End of Order # # #