

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| XAVIER TRELEON CULCLAGER, | § | CASE NO. 26-41709-MXM-13 |
| | § | |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
[*Relates to ECF No. 22*]

Before the Court is the *Motion for Relief from Automatic Stay* (the "***Motion***")[1] filed by Shenouda Ghali ("***Mr. Ghali***" or the "***Movant***"). Through the Motion, the Movant requests the Court grant it relief from the automatic stay imposed by § 362 of the United States Bankruptcy Code, for cause, to allow the Movant to take possession of and enforce any legal or equitable rights the Movant may have in connection with the real property located at 9036 Creede Trail, Fort Worth Texas 76118 (the "***Property***").[2] The Motion is uncontested. After considering the Motion, the Court finds and concludes that the Motion should be ***GRANTED***.

---

[1] ECF No. 22.
[2] The Debtor's case was dismissed on May 29, 2026, and was barred from re-filing for 180 days thereafter.

### I. RULE 4001 WAIVER

Pursuant to Federal Rule of Bankruptcy Procedure 4001(a), the fourteen-day stay otherwise applicable to an order granting relief from the automatic stay is hereby waived, and this Order shall be effective immediately upon entry.

It is therefore **ORDERED** that the stay be lifted with respect to the Property to allow Mr. Ghali to pursue all rights and remedies with respect to the Property.

### ##END OF ORDER###