**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**XAVIER TRELEON CULCLAGER**                                                            **Case No. 26-41709-MXM**

   **DEBTOR(S),**

**REPORT OF ( NOT HELD) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:**            Meeting Date: June 3, 2026

                                  Original Date:  June 3, 2026

1. Debtor(s) Appeared?     D1:  **NO**
                          ID Checked:  **NO**
                          SS Checked:  **NO**

2. Debtor(s) attorney/paralegal appeared?  **NO**      Debtor(s) attorney\firm:

                                                              *representing*  **PRO SE**

3. Creditors Appeared:  **None**  *representing*

4. **341 Meeting:**  **NOT HELD**

5. Payment Information:

   Current monthly payment per Plan:          **$0.00**      First Payment due:   **5/17/2026**

   $ rec'd as of 6/4/2026                    **$0.00**      Length of Plan:      **0 months**

   Base Amount per Plan:                     **$0.00**

**Confirmation Issues:**  **REFER TO LEGAL:**  **NO**

The tests for Confirmation have/have not been met, as follows:

**N**   6. Disposable Income(monthly):        **$0.00**  x **0**  ACP = Unsecured Pool per Trustee:  **$0.00**

**N**   7. Base Amount is sufficient.                        UCP per Plan:  **$0.00**

**N**   8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**N**   9. Best Interest: Exemptions:   Federal: **NO**           State:

        Non-exempt Property Description and Equity in
        each item:
        Total  Equity in non-exempt prop. $    Total Non-Exempt Equity per Plan:  **$0.00**

     11. Exemptions Proper:      If no, explain:

**N**  12. Feasibility: Surplus per I & J:  **$0.00**

        _ Step      _ Balloon    _ Unemployed    _ Negative Surplus/    _ Projected Income    Other:
                                                 Insuff Surplus
        Plan Payments:

**N**  13. Good Faith Petition and Plan:

        a.  Plan Payment at least 90 % I minus J $ **$1,782.00**

        b.  Plan **does not** contain non-standard language.

        c.  Other:

     14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**N**  15. Debtor testified that previous 4 years tax returns have been
         filed with the IRS. If no, year(s) not filed:

        Year(s) not provided to Trustee's office:

     16. Business Case Meeting Required?

     17. Debtor Attorney Fees meet Guidelines.

**Debtor(s):  XAVIER TRELEON CULCLAGER**                                                                              **Page 2**
**Case No.    26-41709-MXM**


By:        /s/  Patty Purcell
_____

Patty Purcell
Presiding Officer

_____

18.  Legal Department Notes:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  **NO**

Objection Type:        **No Objection Needed**


By:      Angela Allen
           Attorney for Trustee / Trustee