United States Bankruptcy Court

Northern District of Texas

In re:                                            Case No. 26-41709-mxm

Xavier Treleon Culclager                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

**Recip ID**               **Recipient Name and Address**
db                   +   Xavier Treleon Culclager, 9036 Creede Trail, Fort Worth, TX 76118-7547

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                  Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Creditor Owings Auto Center LLC clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Stephen Andrew Cumbie | on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov |
| Tim Truman | truman341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2026**

United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| XAVIER TRELEON CULCLAGER, | § | CASE NO. 26-41709-MXM-13 |
| | § | |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
*[Relates to ECF No. 22]*

Before the Court is the *Motion for Relief from Automatic Stay* (the "*Motion*")[1] filed by

Shenouda Ghali ("*Mr. Ghali*" or the "*Movant*"). Through the Motion, the Movant requests the

Court grant it relief from the automatic stay imposed by § 362 of the United States Bankruptcy

Code, for cause, to allow the Movant to take possession of and enforce any legal or equitable rights

the Movant may have in connection with the real property located at 9036 Creede Trail, Fort Worth

Texas 76118 (the "*Property*").[2] The Motion is uncontested. After considering the Motion, the

Court finds and concludes that the Motion should be **GRANTED**.

---

[1] ECF No. 22.

[2] The Debtor's case was dismissed on May 29, 2026, and was barred from re-filing for 180 days thereafter.

**I. RULE 4001 WAIVER**

Pursuant to Federal Rule of Bankruptcy Procedure 4001(a), the fourteen-day stay otherwise applicable to an order granting relief from the automatic stay is hereby waived, and this Order shall be effective immediately upon entry.

It is therefore **ORDERED** that the stay be lifted with respect to the Property to allow Mr. Ghali to pursue all rights and remedies with respect to the Property.

**##END OF ORDER###**