United States Bankruptcy Court

Northern District of Texas

In re:                                                                                              Case No. 26-41709-mxm

Xavier Treleon Culclager                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf013 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xavier Treleon Culclager, 9036 Creede Trail, Fort Worth, TX 76118-7547 |
| cr | + | City of Fort Worth, City of Fort Worth, 100 Fort Worth Trail, Fort Worth, TX 76102, UNITED STATES 76102-2661 |
| cr | + | Owings Auto Center LLC, 519 E Division St, Arlington, TX 76011-7211 |
| cr | + | Shenouda Ghali, 2312 Beacon Hills Dr, Keller, TX 76248-8454 |
| 23339073 | + | City of Fort Worth, 100 Fort Worth Trail, Fort Worth, Texas 76102-2661 |
| 23323416 | | City of Fort Worth Department Water, PO Box 870, Fort Worth, TX 76101-0870 |
| 23323418 | | Current Bank, Choice Financial Group, 4501 Financial Group, 4201 23rd Avenue, South, Fargo ND 58104 |
| 23323414 | + | Owings Auto, 519 E Division St., Arlington, TX 76011-7211 |
| 23323415 | | Reliant electricity bill energy, PO Box 640475, Dallas, TX 75265-0475 |
| 23323413 | + | Shenouda Ghali, 2312 Beacon Hill Dr, Keller, TX 76248-8454 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23323417 | | Email/Text: bankruptcy@atmosenergy.com | Jul 07 2026 23:19:00 | Atmos Energy, Attn Customer Care, PO Box 650205, Dallas, TX 75265-0205 |
| 23336465 | + | Email/Text: bankruptcy@atmosenergy.com | Jul 07 2026 23:19:00 | Atmos Energy Corporation, P.O. Box 650205 Attn: Bankruptcy Group, Dallas, TX 75265-0205 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                          Signature:          /s/Gustava Winters

District/off: 0539-4                  User: admin                  Page 2 of 2

Date Rcvd: Jul 07, 2026            Form ID: pdf013                  Total Noticed: 12

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Creditor Owings Auto Center LLC clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| Stephen Andrew Cumbie | on behalf of Creditor City of Fort Worth Stephen.Cumbie@fortworthtexas.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                    Case No: 26-41709-MXM

      XAVIER TRELEON CULCLAGER

      Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $0.00 |
| Administrative Disbursements  * | $0.00 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

\* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $0.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

July 06, 2026                                          /s/ Pam Bassel

                                                                Pam Bassel, Standing Chapter 13 Trustee