

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 11, 2026**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 26-41709-MXM |
| **XAVIER TRELEON CULCLAGER**<br>**SSN: XXX-XX-3097** | Judge  Mark X Mullin |
| **DEBTOR** | Chapter 13 |

---

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE

---

It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that she should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that she and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtor is closed.

# # # End of Order # # #